# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Yakima

**USA v. PRESTON KEITH FUNDERBURGH     Case No.   1:25-cr-02056-SAB-1**

**Arrignment on Indictment:**                                                                  **05/14/2025**

- ☒ Ruby Mendoza, Courtroom Deputy [Y]
- ☐ Melissa Orosco, Courtroom Deputy [S]
- ☒ Araceli Mendoza, US Probation / Pretrial Services Officer
- ☒ Defendant present  ☒ in custody USM
          ☐ out of custody

- ☒ Courtney Pratten, US Atty
- ☒ Ben Hernandez, Defense Atty
- ☒ Interpreter **NOT REQUIRED**
- ☐ Defendant not present / failed to appear

---

- ☒ Rights summarized
- ☒ Acknowledgment of Rights filed
- ☒ Defendant received copy of charging document
- ☒ Defendant waived reading of charging document
- ☐ Charging document read in open court

- ☒ Defendant continued detained
- ☐ Conditions of release as previously imposed

## REMARKS

    The Defendant appeared and acknowledged to the Court that their true and correct name is: PRESTON KEITH FUNDERBURGH.

    Defendant was assisted by counsel and advised of their rights and the allegations contained in the charging document.

    "Not guilty" plea entered.

    Defendant previously appeared on 4/30/2025 and was advised of his rights at that time; defendant came back before the Court today and waived a further advisement with consent of his attorney.

    Discovery to be provided pursuant to the local rule on discovery.

**The Court ordered:**
1. Matters involving detention have been previously heard and determined. Issue of detention not before the Court. Pre-existing Order of Detention will remain in full force.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.
3. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.