FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRESTON KEITH FUNDERBURGH,<br>and TRAVIS WARREN BOLAND,<br><br>　　　　　　　Defendants. | No. 1:25-CR-02056-SAB-1<br>No. 1-25-CR-02056-SAB-2<br><br>**ORDER GRANTING MOTIONS TO CONTINUE TRIAL** |

　　　Before the Court are Defendant Boland's Motion to Continue Trial and to Expedite, Unopposed by the Government, ECF No. 51, and Defendant Funderburgh's Unopposed Motion to Continue Trial and to Set New Pretrial Conference and Related Deadlines, ECF No. 52, and related Motion to Expedite, ECF No. 54. The motions were heard without oral argument. Defendant Boland is represented by Nicholas Granath. Defendant Funderburg is represented by Nick Mirr. The United States is represented by Courtney Pratten.

　　　Defendants ask to continue the pretrial conference and trial in this matter to give them more time to review the discovery and prepare for trial. Defendants filed waivers of their Speedy Trial rights. ECF Nos. 51-1, 53. They indicate the United States does not oppose their requests. Good cause exists to grant the motions.

//

//

//

**ORDER GRANTING MOTIONS TO CONTINUE TRIAL** ~ 1

Accordingly, **IT IS ORDERED**:

1. Defendant Boland's Motion to Continue Trial and to Expedite, Unopposed by the Government, ECF No. 51, is **GRANTED**.

2. Defendant Funderburgh's Unopposed Motion to Continue Trial and to Set New Pretrial Conference and Related Deadlines, ECF No. 52, and related Motion to Expedite, ECF No. 54, are **GRANTED**.

3. The current trial date of October 27, 2025 is **STRICKEN** and **RESET** to **March 16, 2026**, at **9:00 a.m**., commencing with a final pretrial conference at **8:30 a.m**. The trial shall take place in **Yakima**, Washington.

4. The pretrial conference set for October 7, 2025, is **CONTINUED** to **February 24, 2026**, at **10:00 a.m**., in **Yakima**, Washington. Counsel shall advise the Court regarding any dispositive change in the status of this case at least five (5) days prior to the pretrial conference.

    a. Any motion to continue the pre-trial conference or trial shall be filed at the earliest practicable opportunity, but no later than seven (7) days prior to said proceeding. Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, Defendant's signed Speedy Trial waiver; (3) the position of all co-Defendants and opposing counsel; and (4) the proposed new date. Additionally, any motions filed after the pretrial motion deadline will be considered at the pretrial conference.

    b. Continuances are not granted absent good cause.

    c. All motions to continue shall be in writing. The first motion to continue will be considered by the Court and granted without a hearing if the other side does not oppose the request. A waiver of the defendant's Speedy Trial rights shall accompany the motion. Subsequent motions to continue will require a hearing. It is unlikely the Court will grant more than two motions to continue.

    d. It is unlikely the Court will grant any motions to continue that are not in writing or that are filed less than 7 days before the next hearing. In that case, counsel should be

**ORDER GRANTING MOTIONS TO CONTINUE TRIAL ~ 2**

prepared to proceed with the scheduled trial date.

4. All pretrial motions, including motions in limine and Daubert motions, shall be filed and served on or before **January 26, 2026**, and noted for hearing at the pretrial conference.

5. Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before seven (7) calendar days prior to trial. This does not modify the parties' discovery obligations under Fed. R. Crim. P. 16. Absent an agreement between the parties or an Order from the Court, the parties' Fed. R. Crim. P. 16 discovery deadlines shall be governed by Local Criminal Rule 16.

6. Pursuant to 18 U.S.C. § 3161(h)(6), the time between October 27, 2025, the current trial date, until March 16, 2026, the new trial date, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. Additionally, the time is also excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) because the Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 9th day of September 2025.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTIONS TO CONTINUE TRIAL ~ 3**